AO 10*
Rev. 1/2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dein, Judith G. | U.S. District Court, MA | 05/8/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
One Courthouse Way
Boston, Massachusetts 02210

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Massachusetts Bar Foundation |
| 2. | Trustee | Union College, Schenectady, NY |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Goulston & Storrs - lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agilent Technologies Inc. stock | | None | J | T | | | | | |
| 2. SBC Communications Inc. | | None | J | T | | | | | |
| 3. Bank of America account | A | Interest | N | T | | | | | |
| 4. Bank of America account | A | Interest | M | T | | | | | |
| 5. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 6. Baron Growth Fund | D | Int./Div. | N | T | | | | | |
| 7. TRowe Mid Cap Fund | C | Int./Div. | O | T | | | | | |
| 8. Vanguard 500 Index Fund | D | Int./Div. | O | T | | | | | |
| 9. Israeli Bonds | A | Dividend | J | T | | | | | |
| 10. Main Stay MAP Fund Cl 1 | C | Int./Div. | | | Sold | 08/31/15 | M | | |
| 11. AT&T stock | A | Dividend | J | T | | | | | |
| 12. Mass. ST CONS LN | B | Interest | L | T | | | | | |
| 13. Wells Fargo&Co Ser. J 8% perpetual | A | Dividend | | | Sold | 03/24/15 | K | C | |
| 14. Needham Bank Acct | A | Interest | L | T | | | | | |
| 15. FIA Card Services NA RASP | A | Interest | J | T | | | | | |
| 16. Phoenix Concierge Acct | A | Interest | K | T | | | | | |
| 17. Capital Income Builder Fund Am. Funds | A | Dividend | | | Sold | 01/22/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Eagle Global Fund Class A M/F | A | Dividend | L | T | | | | | |
| 19. IVA Worldwide Fund Class C M/F | A | Int./Div. | J | T | | | | | |
| 20. Income Fund of Am. Funds M/F | A | Interest | K | T | | | | | |
| 21. Nuveen Limited Term Mun Bond Fund Class C M/F | A | Interest | K | T | | | | | |
| 22. Thornburg Ltd Term Mun. Fund Class C M/F | A | Interest | L | T | | | | | |
| 23. Western Asset Managed Municipals Fund Class I (X) | C | Dividend | L | T | Sold (part) | 03/24/15 | M | | |
| 24. Vanguard Dividend Appreciation ETF | A | Dividend | | | Sold | 03/24/15 | K | | |
| 25. Clearbridge Equity Income Fund Class C(now Dividend Strategy Fund) | A | Interest | K | T | | | | | |
| 26. Thornburg Investment Income Builder Fund Class C M/F | B | Interest | K | T | | | | | |
| 27. Thornburg Limited Term Municipal Fund Class A | A | Interest | K | T | | | | | |
| 28. Capital Income Builder Fund Class F1-American Funds N/L | A | Dividend | | | Sold | 01/22/15 | J | | |
| 29. UBS Bank USA Dep. Acct (various) | A | Interest | N | T | | | | | |
| 30. Western Asset Managed Municipals Fund Class A | C | Dividend | | | Sold | 03/24/15 | M | | |
| 31. VOYA Lg Cap Val Fund Class C | A | Dividend | K | T | | | | | |
| 32. Thornburg Limited Term Mun Fund Class C | | | | | | | | | see comment 1 |
| 33. First Eagle Growth & Income Fund Class C M/F | A | Dividend | K | T | | | | | |
| 34. Mainstay Unconstrained Bond Fund Class A (now Class 1) | B | Dividend | L | T | Buy (add'l) | 03/24/15 | J | | see comment 2 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mainstay Unconstrained Bond Fund Class A (now Class 1) | A | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 36. Pioneer Fundamental Growth Class Y | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 37. Pioneer Fundamental Growth Class Y | A | Dividend | L | T | Sold (part) | 03/24/15 | J | | |
| 38. Vanguard Charlotte FDS Total Intl BD Index Fund | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 39. Vanguard Charlotte FDS Total Intl BD Index Fund | A | Dividend | K | T | | | | | |
| 40. IShares Tr Core Total US Bond Mkt ETF | B | Dividend | | | Sold | 11/13/15 | L | | |
| 41. IShares Tr Core Total US Bond Mkt ETF | A | Dividend | | | Sold (part) | 03/24/15 | J | | |
| 42. | | | | | Sold | 11/13/15 | K | | |
| 43. Blackrock Equity Dividend Fund A Institutional | A | Dividend | | | Sold | 03/24/15 | K | | |
| 44. Blackrock Equity Dividend Fund A Instututitional | | None | | | Sold | 03/24/15 | K | | |
| 45. Loomis Sayles Strategic Income Fund | C | Dividend | L | T | Buy (add'l) | 03/24/15 | J | | |
| 46. Loomis Sayles Strategic Income Fund | A | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 47. Wisdomtree Trust SmallCap Dividend Fund | A | Dividend | J | T | Buy (add'l) | 03/24/15 | J | | |
| 48. Vanguard Admiral FDS Inc 500 Val Inx Fund | A | Dividend | K | T | Buy (add'l) | 11/13/15 | J | | |
| 49. Vanguard Admiral FDS Inc 500 Val Inx Fund | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 50. | | | | | Buy (add'l) | 11/15/15 | J | | |
| 51. VanguardAdmiral FDS Inc 500 Growth Inx Fund | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 53. Vanguard Admiral FDS Inc 500 Growth Inx Fund | A | Dividend | L | T | Sold (part) | 03/24/15 | J | | |
| 54. | | | | | Sold (part) | 11/13/15 | J | | |
| 55. Vanguard Intl Equity Index FD Inc FSTE All | A | Dividend | K | T | Buy (add'l) | 11/13/15 | J | | |
| 56. Vanguard Intl Equity Index FD Inc FSTE All | B | Dividend | L | T | Sold (part) | 03/24/15 | J | | |
| 57. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 58. TCW Emerging Markets Income Fund | A | Dividend | | | Sold | 03/24/15 | K | | |
| 59. TCW Emerging Markets Income Fund | A | Dividend | | | Sold | 03/24/15 | K | | |
| 60. Oppenheimer Steelpath MLP Alpha Fund | A | Dividend | | | Sold | 03/24/15 | K | | |
| 61. Alger Dynamic Opportunities Fund | | None | K | T | Buy (add'l) | 03/24/15 | J | | |
| 62. Alger Dynamic Opportunities Fund | | None | K | T | Sold (part) | 03/24/15 | J | A | |
| 63. | | | | | Sold (part) | 11/13/15 | J | | |
| 64. Principal Diversified Real Asset Fund A | A | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 65. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 66. Principal Diversified Real Asset Fund A | A | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 67. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 68. Thornburg Developing World Fund Class A | A | Dividend | | | Sold (part) | 03/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/13/15 | J | | |
| 70. Thornburg Developing World Fund Class A | A | Dividend | | | Sold | 03/24/15 | J | | |
| 71. | | | | | Sold (part) | 11/13/15 | K | | |
| 72. Natixis Oakmark Intl Fund Class A | A | Dividend | J | T | Sold (part) | 03/24/15 | J | | |
| 73. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 74. Natixis Oakmark Intl Fund Class A | A | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 75. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 76. Principal FDS Inc Global Diversified | B | Dividend | K | T | Sold (part) | 03/24/15 | J | | |
| 77. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 78. Clearbridge Aggressive Growth Fund | | None | K | T | Sold (part) | 03/24/15 | J | B | |
| 79. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 80. Gabelli Small Cap Growth Class A | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 81. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 82. Vanguard Admiral FDS Inc Midcap 400 Indx | B | Dividend | K | T | Buy (add'l) | 03/24/15 | K | | |
| 83. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 84. Powershares Global Water Portfolio | | None | | | Sold | 03/24/15 | K | | |
| 85. Tortoise MLP & Pipeline Fund Class Inv | | None | | | Sold | 03/24/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TCW Emerging Markets Income Fund | A | Dividend | | | Sold | 03/24/15 | K | | |
| 87. Vanguard Divid Appreciation ETF | A | Dividend | | | Sold | 03/24/15 | K | | |
| 88. Powershares Global Water Portfolio | | None | | | Sold | 03/24/15 | K | | |
| 89. Principal Diversified Real Asset Fund A | | None | | | Sold | 03/24/15 | K | | |
| 90. Alger Dynamic Opportunities Fund | | None | | | Sold | 03/24/15 | K | | |
| 91. Principal FDS Global Diversified | A | Dividend | | | Sold | 03/24/15 | K | | |
| 92. Tortoise MLP & Pipeline Fund | | None | | | Sold | 03/24/15 | K | | |
| 93. IShares Natl AMt-Free Muni Bond ETF | A | Dividend | | | Sold | 03/24/15 | M | | |
| 94. 1919 Socially Responsive Balanced Fund Class 1 FBOID | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 95. Dreyfus Third Cent Inc 1 FBOID | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 96. IShares MSCI KLD 400 Social ETF | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 97. PAX MSCI International HESG Index Fund Class Institutional | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 98. UBS Global Sustainable Equity Fund Class P | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 99. Domini Social Bond Fund Investor Shares FBOID | B | Dividend | L | T | Buy | 04/06/15 | L | | |
| 100. Cohen & Steers Global Infrastructure Fund Class 1 | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 101. | | | | | Buy (add'l) | 11/14/15 | J | | |
| 102. Cohen & Steers Real Assets Fund Class 1 FBOID | A | Dividend | | | Buy | 03/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/13/15 | K | | |
| 104. Columbia Dividend Income Fund Z FBOID | B | Dividend | K | T | Buy | 03/24/15 | K | | |
| 105. | | | | | Sold (part) | 11/13/15 | J | | |
| 106. Equinox Campbell Strategy Fund Class 1 FBOID | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 107. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 108. Mainstay Cushing Renaissance Advantage Fund Class 1 | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 109. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 110. Wisdomtree Trust Europe Hedged Equity FD | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 111. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 112. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | | | Buy | 03/24/15 | K | | |
| 113. | | | | | Sold | 11/13/15 | K | | |
| 114. Fidelity Advisor Biotechnology Fund Class 1 FBOID | | None | K | T | Buy | 11/13/15 | K | | |
| 115. Fidelity Advisor Total Bond Fund Class 1 FBOID | A | Dividend | K | T | Buy | 11/13/15 | K | | |
| 116. Thornburg Intl Value Fund 1 FBOID | A | Dividend | K | T | Buy | 11/13/15 | K | | |
| 117. Cohen & Steers Real Assets Fund Class 1 FBOID | A | Dividend | | | Buy | 03/24/15 | K | | |
| 118. | | | | | Sold | 11/13/15 | J | | |
| 119. Columbia Dividend Income Fund Z FBOID | B | Dividend | K | T | Buy | 03/24/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 121. Columbia Flexible Capital Income Fund Class Z FBOID | B | Dividend | K | T | Buy | 03/24/15 | K | | |
| 122. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 123. Equinox Campbell Strategy Fund Class 1 FBOID | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 124. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 125. Wisdomtree Trust Europe Hedged Equity FD ETF | A | Dividend | J | T | Buy | 03/24/15 | J | | |
| 126. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 127. Fidelity Advisor Total Bond Fund Class 1 FBOID | B | Dividend | L | T | Buy | 11/13/15 | L | | |
| 128. Thornburg Intl Value Fund 1 FBOID | A | Dividend | J | T | Buy | 11/13/15 | J | | |
| 129. Alpine Income Tr Ult Muni Inst | A | Dividend | K | T | Buy | 03/24/15 | K | | |
| 130. Mainstay High Yield Muni Bond Fund Class 1 | C | Dividend | L | T | Buy | 03/24/15 | L | | |
| 131. Mainstay Tax Free Bond CL 1 | B | Dividend | L | T | Buy | 03/24/15 | L | | |
| 132. Hartford Municipal Opportunities Fund Class 1 | B | Dividend | L | T | Buy | 03/24/15 | L | | |
| 133. Clearbridge Aggressive Growth Fund Class C | A | Dividend | J | T | Buy | 01/22/15 | J | | |
| 134. MFS Blended Research Core Equity Fund | A | Dividend | J | T | Buy | 01/22/15 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dein, Judith G.** | 05/8/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This entry was a duplicate and is in error. Amounts are included in line 22

2. If the same asset is listed multiple times, it is because it is held in several accounts.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dein, Judith G. | 05/8/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith G. Dein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544